**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| GOODAI GLOBAL INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>Defendants. | Case No. 26-cv-05794<br><br>**Judge Thomas M. Durkin**<br><br>**Magistrate Judge Daniel P. McLaughlin** |

## DECLARATION OF SERVICE

I, Rachel M. Ackerman, of the City of Chicago, in the State of Illinois, declare as follows:

1. I am an attorney at law, duly admitted to practice before the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff Goodai Global Inc. ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. On May 27, 2026, this Court entered an Order [24] permitting Plaintiff to complete service of process to Defendants pursuant to Federal Rule of Civil Procedure 4(f)(3) by electronically publishing a link to the Complaint, Summons, the Order Authorizing Expedited Discovery and Electronic Service of Process (the "Order"), the Temporary Restraining Order (the "TRO"), and other relevant documents on a website and by sending an e-mail with an attachment of the relevant documents and a link to said website to an e-mail address for each Defendant.

3. I hereby certify that on June 12, 2026, I, or someone working under my direction, electronically published the Complaint, Summons, the Order, the TRO, and other relevant documents on a website.
4. I hereby certify that on June 12, 2026, I, or someone working under my direction, sent an e-mail to the e-mail addresses for Defendants identified in Exhibit A attached hereto that includes an attachment of relevant documents and a link to said website.
5. The completed Return of Service form is attached hereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 12th day of June 2026, in Chicago, Illinois.

/s/ Rachel M. Ackerman
Rachel M. Ackerman
GREER, BURNS & CRAIN, LTD.
200 W. Madison Street, Suite 2100
Chicago, Illinois 60606
Telephone: 312-360-0080
rackerman@gbc.law

*Counsel for Plaintiff Goodai Global Inc.*