# Exhibit A

| No. | Defendant / Seller Alias | E-mail Address |
|---|---|---|
| 1 | 8 Sheep Organics | guangzhoubaimingke@126.com |
| 2 | bigstock-mart | iramafzal.185@gmail.com |
| 3 | kaneezfatima2 | haiderkozia@gmail.com |
| 4 | khusmoh_0 | thunderclouds886@gmail.com |
| 6 | toreind | autorein@163.com |
| 7 | velozshop | adorias.service@gmail.com |
| 8 | wanngat | asznui@163.com |
| 9 | Yuvi Productions | yuviproductions23@gmail.com |
| 11 | LYANYG | 19195589572@163.com |